# Court of Appeals
# of the State of Georgia

ATLANTA,___March 11, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15D0269.  ROBERT D. GLOVER v. THE STATE.

On February 10, 2015, Robert D. Glover filed this application for discretionary appeal, seeking review of an April 10, 2012 order revoking his probation.[1]  An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Because Glover filed this application nearly three years after entry of the order he seeks to appeal, it is untimely, and it is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_____03/11/2015_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] Glover claims that the court erred by neither holding a hearing within 30 days of the filing of the revocation petition nor giving him credit for time served in custody awaiting the hearing.